## William C. Gorman, Appellant, v. May Gorman, Appellee.

### Gen. No. 20,840.     (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. ADELOR J. PETIT, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1914.  Reversed and remanded.  Opinion filed October 6, 1915.

### Statement of the Case.

Bill for divorce brought by William C. Gorman against May Gorman, on charges of desertion and adultery.  The defendant made no appearance and was defaulted.  At the hearing the bill was dismissed for want of equity and this appeal followed.

CHARLES S. McNETT, for appellant.

No appearance for appellee.

MR. JUSTICE PAM delivered the opinion of the court..

### Abstract of the Decision.

1. DIVORCE, § 53*—*when dismissal of divorce bill. proper.*  The dismissal of a bill for divorce for want of equity, on the charge of adultery, is not clearly and manifestly against the weight of the evidence, where it appears that the court stated that he did not believe the plaintiff's witness, and the testimony of plaintiff was thus left uncorroborated.

2. DIVORCE, § 53*—*when refusal to allow additional evidence is error.*  On appeal from a decree dismissing a bill for divorce, where the record showed that the trial court stated that complainant had testified that he had deserted his wife, but did not show evidence

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

warranting such statement, the action of the court in refusing to allow the introduction of additional testimony was erroneous, as depriving the plaintiff of a fair and impartial hearing.